# EXHIBIT C

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT HUNTINGTON


JONATHAN ADAMS, AS
ADMINISTRATOR OF THE
ESTATE OF GARY C. ADAMS,

       Plaintiff,


vs.                            CIVIL ACTION NO: 3:10-CV-00605


MARATHON PETROLEUM CO., LLC.,
MARATHON OIL COMPANY,
JOHN DOE AND JOHN DOE
CORPORATION, an unknown
individual and corporation,

       Defendants.



* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

The deposition of JOSEPH DEAN SMITH was taken on October 14, 2010, commencing at 11:45 a.m., at the Law Offices of Nelson Mullins, 949 Third Avenue, Suite 200, Huntington, West Virginia, before Alex Koutsunis, a Court Reporter and Notary Public in and for the State of West Virginia, pursuant to notice in the above-styled matter which is now pending and undetermined in said Court.

```
                      ALEX KOUTSUNIS
                AAA COURT REPORTING SERVICE
          401 11th Street, Suite 504 -- P. O. Box 2043
              Huntington, WV  25701 -- (304) 523-4300
```

Joseph Smith 52

```
 1    us, up above the fleet where we were standing.  And we
 2    were on our way back whenever Buddy hollered and said
 3    the barge was done.
 4         Q    Who hollered?
 5         A    Buddy.
 6         Q    Okay.  Had you checked all of the barges?
 7         A    No, we still had one or two left.
 8         Q    Okay.  And so what did -- Buddy said the
 9    barge was ready, and so that meant that you-all were
10    going to go get it?
11         A    Yes.
12         Q    Where were you going?
13         A    Down to the loading dock.
14         Q    How far was that?
15         A    Two hundred yards.
16         Q    So it basically involved turning the boat
17    around in the river, going down, probably turning the
18    boat around again, hooking it to the barge, and bringing
19    it up?
20         A    It depends on where it was sitting on the
21    loading dock.
22         Q    Okay.  So he says, "We are going to go get
23    the barge."  What did you-all do?
```

Joseph Smith                                                    57

```
 1       A    After he gets it off I say, "All gone".
 2       Q    You say, "All gone"?
 3       A    Yes.
 4       Q    So he doesn't make that announcement?
 5       A    No.
 6       Q    And you are saying that to the pilot or to
 7  everybody?
 8       A    To everybody.
 9       Q    And then what happens -- or what did
10  happen?
11       A    At that time, me and Justin went to the
12  head of the boat there and that's when Gary hollered
13  over the radio, "There's still a wire on the stern of
14  the boat."
15       Q    Okay.  Now, why did you-all go to the front
16  of the boat?
17       A    No, we were standing by waiting to -- when
18  we got down to the other barge, to face up.
19       Q    Okay.  And you do that from the front?
20       A    Yes.
21       Q    I guess you use the tow head on the --
22       A    We had to use the same line that we had
23  tied off on the side of the barge -- or on the side of
```

Joseph Smith                                                59

1       A    Correct.
2       Q    Were you-all doing that?
3       A    Yes.
4       Q    Okay, how far into that process were you?
5       A    Not far.
6       Q    And what was the next thing that happened?
7       A    That's when Gary said there was a wire on
8  the stern.
9       Q    And he said that on the radio, I guess?
10      A    Yes.
11      Q    And what happened when he said that?
12      A    Buddy asked him if it was a wire or a line.
13 He said a wire.  Buddy --
14      Q    Now, is there a difference between a wire
15 and a line?
16      A    Yes.
17      Q    What's the difference?
18      A    A wire would have pulled the whole fleet
19 out, possibly lost barges.  It could have been -- it
20 would have been some product -- put product in the
21 water.  If it had been a line, Buddy could have came
22 ahead on it, broke the line, and that would have been
23 it, just broke the line free.

Joseph Smith 67

1   A   Because that's what we are supposed to do.
2   When we holler, "Watch the bump," which was hollered --
3   when we holler, "Watch the bump," we are supposed to
4   secure ourselves any way possible regardless of if it's
5   going to be a heavy bump or a light bump.
6   Q   Why did you make that announcement over --
7   yell it instead of saying it on the radio?
8   A   That was -- that's what we're supposed to
9   do, we are supposed to holler, "Watch the bump."
10  Q   Okay.  So do you know if Gary heard you?
11  A   At this time I don't know where Gary was.
12  Q   Okay.  So you don't know whether he heard
13  you or not?
14  A   No.
15  Q   All right.  But Justin did?
16  A   Yes.
17  Q   He grabbed ahold of something in the
18  center?
19  A   Yes.
20  Q   And you grabbed the bumper and threw it
21  over the edge?
22  A   Yes.
23  Q   And what did you do?

ALEX KOUTSUNIS
AAA COURT REPORTING SERVICE

Joseph Smith                                                          72

 1    was wrong, and I started running back there.
 2         Q    When you got back there, then, immediately
 3    after he had --
 4         A    Yes.
 5         Q    And what did you see?
 6         A    I saw -- well, first I grabbed the life
 7    ring and I saw Justin laying on his stomach.
 8         Q    So you took a life ring with you when you
 9    went?
10         A    I grabbed the life ring as I was passing
11    it.
12         Q    All right, and the life ring was where?
13         A    It was on the stern of the boat, about 15
14    feet from the stern of the -- the very stern of the
15    boat.
16         Q    Which side?
17         A    On the port side.
18         Q    Okay.
19         A    We have actually one on all four corners of
20    the lower deck.
21         Q    But the one you grabbed was the one on --
22         A    On the stern, on the port side.
23         Q    Okay.  So you grabbed that on your way

Joseph Smith                                                                 73

1   back, and when you get back there, what do you see?
2        A    Justin laying on his stomach and holding
3   Gary's vest, and Gary trying to climb up Justin.
4        Q    All right.  Was Gary facing Justin?
5        A    Uh-huh.
6        Q    Is that a yes?
7        A    Yes.  I'm sorry.
8             MR. BISER:  If you need to take a break.
9             THE WITNESS:  I'm fine.
10  BY MR. BISER:
11       Q    And when you say he's trying to climb
12  Justin, tell me what --
13       A    He was grabbing ahold of the upper parts of
14  Justin's shoulders.
15       Q    Like reaching up --
16       A    Yes.
17       Q    -- trying to -- Justin is laying flat?
18       A    It looked like he was using -- trying to
19  use Justin as a ladder.
20       Q    How far was it -- was Justin -- he had his
21  arms down?
22       A    Yes.
23       Q    How far were Justin's arms from the water

Joseph Smith                                                              74

1    level?  Was it very far?
2         A    Two feet.
3         Q    Two feet below his arms was the water
4    level?
5         A    Yes.
6         Q    So how far up out of the water was Gary?
7         A    Probably -- I mean, his arms was --
8    probably about right here (indicating), shoulder.
9    Gary's arms were long enough to reach the top of the
10   barge.
11        Q    Okay.  So for a point of reference, was
12   Gary's work -- he had on a work vest?
13        A    Yes.
14        Q    Was his work vest under the water?  Above
15   the water?
16        A    He was above the water.
17        Q    Okay, completely above?
18        A    Yes.
19        Q    So the vest comes down to about the lower
20   part of your chest; is that right?
21        A    Yes.
22        Q    So he was up out of the water that far?
23        A    Yes.

                              ALEX KOUTSUNIS
                         AAA COURT REPORTING SERVICE

Joseph Smith 75

```
 1      Q    All right, and he was reaching for Justin?
 2      A    Yes.
 3      Q    Was he saying anything?
 4      A    "Help me."
 5      Q    Anything else you heard him say?
 6      A    He was repeating, "Help me, help me."
 7      Q    And he was looking right at Justin?
 8      A    Yes.
 9      Q    How far away from them are you at this
10   point?
11      A    I am right overtop of them.
12      Q    Are you standing above -- you are standing
13   up above Justin?
14      A    The boat.  No, above Gary.
15      Q    Above Gary.  Are you on the boat or on the
16   barge?
17      A    I'm on the boat.
18      Q    All right.  So Gary is right at the corner
19   of the boat?
20      A    Yes.
21      Q    And the edge of the barge?
22      A    Yes.
23      Q    What do you do?
```

Joseph Smith                                                          76

1     A    I hand Gary the life ring.

2     Q    And what does Gary do with it?

3     A    He puts his arm through it.

4     Q    Now, does Justin have ahold of Gary?

5     A    Yes.

6     Q    How does -- you said he had ahold -- how
7  does he have ahold of him?

8     A    It looked like his vest.

9     Q    Both hands?

10    A    Yes.

11    Q    And which -- does Gary -- does Gary have
12 ahold of Justin?

13    A    He's trying.

14    Q    Okay.  So which arm or hand does he use to
15 take the life vest from you?

16         MR. ELLIS:  Life ring.

17         MR. BISER:  Life ring.  I'm sorry.

18         THE WITNESS:  I'm not sure.

19 BY MR. BISER:

20    Q    He grabs it and takes it from you, though?

21    A    Yes.

22    Q    And what does he do with it?

23    A    Puts his arm through it.

Joseph Smith                                                    78

1      life ring, Justin had went to go get the safety ladder.
2          Q    Okay.  So as you gave him the life ring,
3      Justin went to get the ladder?
4          A    Yes.  I told Justin, "Go get the safety
5      ladder."
6          Q    Where was it?
7          A    On the starboard stern of the boat.
8          Q    Just on the other side of the boat?
9          A    Yes.
10         Q    So he goes and gets it, and what does he
11     do?
12         A    When Justin reaches the edge, when he's
13     about to step over, the water -- Gary gets -- I'm sorry.
14     Gary gets pulled under.
15         Q    Okay.  When you tell Justin to go get the
16     ladder --
17         A    Yes.
18         Q    -- do you have ahold of Gary?
19         A    I have ahold of the line.
20         Q    You have ahold of the line, which Gary has
21     got the ring through his arm?
22         A    Yes.
23         Q    And what are you doing?

Joseph Smith 79

1    A    I am trying to pull him upriver.

2    Q    All right.  How -- are you on the boat or
3 the barge?

4    A    I'm on the barge at this time.

5    Q    Okay.  So did you -- when Justin went to go
6 get the ladder, did you climb up on the barge?

7    A    Yes.

8    Q    And so you're trying to drag him away from
9 the boat, upriver?

10    A    Yes.

11    Q    Were you able to drag him upriver any?

12    A    Not much, but yes.

13    Q    Before -- when you handed him the life
14 ring, how far from the end of the boat was he?

15    A    He was up against.

16    Q    He was up against the boat.  And how far
17 was he from the barge?

18    A    He was -- the barge -- the boat has a duck
19 bill sort of to it, and it curves.  He was right there
20 in the corner.

21    Q    I'm having trouble understanding what
22 you're telling me.  If you could draw me a picture of
23 what -- the duck bill on the boat and the barge and

Joseph Smith                                                80

1  where Gary was in the water.
2           (Witness complies.)
3           THE WITNESS:  Now, here's the boat and
4  right here's the barge.  And right here is where Gary
5  was (indicating).
6  BY MR. BISER:
7      Q    So the circle represents Gary?
8      A    Yes.
9      Q    And that's where he was when you came back
10 -- or is that where he was when you handed him the life
11 ring?
12     A    That's where he was when I handed him the
13 life ring.
14     Q    Is that where he was when you came back to
15 the stern of the boat?
16     A    No.
17     Q    Where was he then?
18     A    Probably in this vicinity right here
19 (indicating).
20     Q    So he was a little bit upriver --
21     A    When Justin had hold of him.
22     Q    All right, if you would in some way, either
23 draw a line over and say "When Justin had him," or

Joseph Smith                                                              81

1    something so we know which one is which.
2                (Witness complies.)
3                MR. BISER:  So will you mark for me upriver
4    somewhere on there so I know later which -- or show me
5    the flow of the current or something.
6                (Witness complies.)
7    BY MR. BISER:
8         Q    All right, so this drawing, we are at the
9    stern of the boat and the water flow was flowing towards
10   the boat?
11        A    Yes.
12        Q    Towards the stern of the boat.  And when
13   you get there, Justin has ahold of Gary a little bit
14   above the stern of the boat?
15        A    Yes.
16        Q    And then when he gets up -- when Justin
17   gets up to leave, Gary has the life ring around his arm
18   and you don't have ahold of Gary at any point?
19        A    No.
20        Q    You just have ahold of the line?
21        A    (Witness nods head up and down.)
22        Q    So the current pushes him back down into
23   that little notch?

Joseph Smith                                                              82

1   A   Between the exchange of the line and Justin
2   letting go, that current pulled him that close to that.
3   Q   Okay. And tell me what -- so you come off
4   the boat and you try to pull him back up in the area
5   where he was before Justin let go of him?
6   A   Correct.
7   Q   And are you walking, crawling or lying?
8   A   Standing.
9   Q   You are standing up. Are you able to pull
10  him out of that crevice?
11  A   Not far. Not as far as Justin had him
12  even. Enough to get him off the corner here is where --
13  is how far I got him out.
14  Q   After Justin left, did Gary say anything to
15  you?
16  A   Just, "Help me."
17  Q   That's all he kept saying?
18  A   (Witness nods head up and down.)
19  Q   Is that a yes?
20  A   Yes. Sorry.
21  Q   That's all right. How long does it take
22  Justin to get that ladder and come back?
23  A   Seconds.

Joseph Smith                                                                83

1   Q   And did he put the ladder down off the edge
2   of the boat?
3   A   When he got there, that's when Gary went
4   under. He dropped the ladder, stepped over, and helped
5   me pull.
6   Q   So he stepped over onto the barge?
7   A   Yes.
8   Q   Grabbed ahold of the line?
9   A   Yes.
10  Q   And the two of you were pulling the line?
11  A   Yes.
12  Q   Now, if you would, on that drawing, place
13  an "X" where it was that Gary went under the boat.
14      (Witness indicates.)
15  BY MR. BISER:
16  Q   Did the line pull out, or how did he come
17  to go under the boat?
18  A   The line pulled through our hands.
19  Q   Did you have gloves on?
20  A   Yes.
21  Q   And so the line pulled through your hands
22  and through -- did Justin have ahold of the line at that
23  point?

Joseph Smith                                                    136

```
 1    happens to us is the corner will wear out.  If that
 2    orange cover is exposed -- or is removed and there is
 3    foam exposed, we have to replace it.
 4              MR. BISER:  That's all I have.
 5              MR. ELLIS:  I just have a couple for you.
 6                        EXAMINATION
 7    BY MR. ELLIS:
 8         Q    You said you had worked with Gary for three
 9    weeks on this trip on the Tri-State?
10         A    Yes.
11         Q    Did you have an opportunity to observe his
12    work during that period of time?
13         A    Yes.
14         Q    Was he a competent deckhand?
15         A    No.
16         Q    He was not a competent deckhand?
17         A    Well, what do you mean by that?  Like --
18         Q    Was he able to -- did he know what his job
19    was?
20         A    Yes, yes, he did, as a deckhand, he did,
21    yes.
22         Q    During that period of time had you arrived
23    at and tied off and departed several locations?
```

Joseph Smith                                                              137

1      A     Yes.
2      Q     Did he always know how to free up the boat
3  to depart?
4      A     He showed he did, yes.
5      Q     What was the standard procedure he would
6  have been trained on for releasing the boat in the
7  configuration of the Tri-State?
8      A     Start at the stern and work your way to the
9  head if facing upriver.  You always turn from the lower
10 end loose.
11     Q     Do you check each fitting from the stern
12 forward?
13     A     Yes.  You start at the very, very stern
14 end, the very lower end and work your way.
15     Q     And that was the procedure all of you were
16 trained to perform?
17     A     Yes.
18     Q     On what fitting was that line located?
19     A     The stern breast, lower end.
20     Q     Would that have been the lowest -- or the
21 most up -- I'm sorry, the most downriver fitting?
22     A     Yes.
23     Q     In your statement you made reference to a