# EXHIBIT L



# The Inland Waterways Academy

at

Marshall Community and Technical College

This is to certify that

**Gary C. Adams**

has successfully completed

**Deckhand Basic Training**

earning 4.0 Continuing Education Units

as authorized by Marshall Community and Technical College
Workforce Development Division

Dated: March 16, 2007
Huntington, West Virginia

_____
Captain John F. Whiteley