# EXHIBIT M

## TT&M UPGRADE REQUEST FORM

| Name: | Gary Adams | Employee #: | 372052 |
|---|---|---|---|
| Location: | Speedway Sayville | Status (Reg/Cas): | reg |
| **CURRENT DATA** | | **RECOMMENDATION** | |
| Current Occupation: | Deckhand #3 | New Occupation: | deckhand 2 |
| Current Grade/Rate: | $24,960.00 | New Grade/Rate: | $30,780.00 |
| Last Increase Date | 05/14/07 | New Increase Date* | See Below  8/27/07 |

*Shaded area to be completed by HR:*

* Note Upgrade Effective Date will be the beginning of the pay period following _final_ approval by appropriate Manager. If a date _further into the future_ is preferred, note appropriately on a hard copy or include in the approval email. Employee notification should be made following receipt of approved form sent to HR Data for processing.

| SAP Position # | 50354645 | New Job # | 21002105 |
|---|---|---|---|

COMPLETE FOR *ALL OCCUPATIONS* :

| List all preventable incidents in which employee has been involved since hire date or last three years (whichever is shorter): | | none | | |
|---|---|---|---|---|
| Attendance Record | Current Year: | very good | Previous Year: | na |

| COMPLETE FOR *TERMINAL & MARINE PERSONNEL:* | YES | NO |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☑ | ☐ |

| COMPLETE FOR **TRANSPORT OPERATIONS PERSONNEL** | | |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☐ | ☐ |
| * i.e., Drivers – 12 months since preventable incident per Driver Pay Plan | | |
| · BMV Driving Incidents (i.e., speeding, moving violations, etc.) | ** ☐ ** | ☐ |

*\*\* If "Yes" is checked, list below.*

**Supervisor's Comments on Overall Work Performance:**

Gary is doing a very good job and has the skills to advance to this level  Capt. Steve Kimberlain   Larry Madden 08-10-07

* (Print off or email for approvals, when the section above is completed).

| Supervisor Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

| Human Resources Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

## POSITION / PAY CHANGE



Purpose of this form: To capture position and pay change data.

Instructions: Select applicable changes and complete the related detail information.   Route for approvals as needed using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment).   In the 'To' field enter the first approver name.   Use the text field to instruct approvers of additional approvals required.   Forms submitted by HR are considered to be approved.   Forward the final approved forms per table below by organization.

| Organization | Submit to | Alternative | Questions? |
|---|---|---|---|
| MPC/MOC | Forward to *HR Data Help* using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). | Mail signed form to the HR Service Center, Room 3212 Findlay. | Contact the HR Service Center at (888) 421-2199. |

| Personnel # 372052 | First Name: **GARY** | MI: ____ | Last Name: **ADAMS** | |
|---|---|---|---|---|

☐ Check box if employee needs to retain current SAP security (roles other than LCSS)

Date current SAP access should be removed:   /   /

| Effective Date: **08/27/2007** | Select a reason: **Reclassification** | Temp Asgnmt End Date:   /   / |
|---|---|---|
| Position #: **50354645** | Position Title: **DECKHAND #2** | Chief Position: **No** |
| Job Key: **21002105** | Drug Reg Code: **E - TOWBOATS** | |

| Grade: **2** | TIO/PIO: ☐ | Base Pay: **$30,780/yr** | % increase: ____ | Work Sched: **Boat Fleet** |
|---|---|---|---|---|
| Org Unit #: **No Chg** | | Org Title: **Mar Oper - Garyville Fleet** | | Cost Center: ____ |
| Pers Area: **NCHG** | Pers Subarea: **1200** | Location: **Garyville, LA** | | |
| Empl Group: **Regular** | | Empl Sub Group: **Salary Exempt FT** | | Pers Admin: **T8** |

Comments: **Reclass from Deckhand #3 to Deckhand #2**

| Prepared by: **Kathy Weaver** | Date: **08/27/2007** |
|---|---|
| Manager Review (Optional): **PER UPGRADE REQUEST FORM** | Date:   /   / |
| Additional Review (Optional): ____ | Date:   /   / |
| Additional Review (Optional): ____ | Date:   /   / |
| Additional Review (Optional): ____ | Date:   /   / |
| HR Review: **Ron Barnette (See Attached)** | Date:   /   / |

## TT&M UPGRADE REQUEST FORM

| Name: | Gary Adams | Employee #: | 372052 |
|---|---|---|---|
| Location: | Speedway | Status (Reg/Cas): | reg |

| CURRENT DATA | | RECOMMENDATION | |
|---|---|---|---|
| Current Occupation: | Deckhand 2 | New Occupation: | engineering deckhand 2 |
| Current Grade/Rate: | $30,780.00 | New Grade/Rate: | $32,100.00 |
| Last Increase Date | 08/27/07 | New Increase Date* | See Below |

*Shaded area to be completed by HR:*

*\* Note Upgrade Effective Date will be the beginning of the pay period following final approval by appropriate Manager. If a date further into the future is preferred, note appropriately on a hard copy or include in the approval email. Employee notification should be made following receipt of approved form sent to HR Data for processing.*

| SAP Position # | 50354645 | New Job # | 21602/08 |
|---|---|---|---|

COMPLETE FOR *ALL OCCUPATIONS*:

| List all preventable incidents in which employee has been involved since hire date or last three years (whichever is shorter): | | none | | |
|---|---|---|---|---|
| Attendance Record | Current Year: | very good | Previous Year: | very good |

| COMPLETE FOR *TERMINAL & MARINE PERSONNEL*: | YES | NO |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☑ | ☐ |

| COMPLETE FOR TRANSPORT OPERATIONS PERSONNEL | | |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☐ | ☐ |
| * i.e., Drivers – 12 months since preventable incident per Driver Pay Plan | | |
| · BMV Driving Incidents (i.e., speeding, moving violations, etc.) | ** ☐ ** | ☐ |

*\*\* If "Yes" is checked, list below.*

Supervisor's Comments on Overall Work Performance:

Gary has been with us for a short time but has excelled in knowledge and ambition to move forward in the company . He has accepted the role of engineering deck hand and is increasing his knowledge and experience daily. He has the skills to advance to this level    Steve Kimberlain 12-04-07

*\* (Print off or email for approvals, when the section above is completed).*

| Supervisor Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

| Human Resources Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

## TT&M UPGRADE REQUEST FORM

| Name: | Gary Adams          A 296 | Employee #: | 372052 |
|---|---|---|---|
| Location: | Speedway          5031 4478 | Status (Reg/Cas): | reg |
| **CURRENT DATA** | | **RECOMMENDATION** | |
| Current Occupation: | engineering deckhand 2 ✓ | New Occupation: | mate 3 ✓ |
| Current Grade/Rate: | $33,290.00 ✓ | New Grade/Rate: | $37,210.00 ✓ |
| Last Increase Date | 01/28/08 | New Increase Date* | See Below |

*Shaded area to be completed by HR:*

*\* Note Upgrade Effective Date will be the beginning of the pay period following final approval by appropriate Manager. If a date further into the future is preferred, note appropriately on a hard copy or include in the approval email. Employee notification should be made following receipt of approved form sent to HR Data for processing.*

| SAP Position # | 5035 4645 | New Job # | 21 002158 |
|---|---|---|---|

COMPLETE FOR *ALL OCCUPATIONS* :

| List all preventable incidents in which employee has been involved since hire date or last three years (whichever is shorter): | | none | | |
|---|---|---|---|---|
| Attendance Record | Current Year: | good | Previous Year: | good |

| COMPLETE FOR *TERMINAL & MARINE PERSONNEL:* | YES | NO |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☑ | ☐ |

| COMPLETE FOR **TRANSPORT OPERATIONS PERSONNEL** | YES | NO |
|---|---|---|
| · Has employee met all minimum standards established for next level? | ☐ | ☐ |
|    * i.e., Drivers – 12 months since preventable incident per Driver Pay Plan | | |
| · BMV Driving Incidents (i.e., speeding, moving violations, etc.) | ** ☐ ** | ☐ |

*\*\* If "Yes" is checked, list below.*

**Supervisor's Comments on Overall Work Performance:**

I would like to recommend Gary Adams, 372052, to the position of third mate. Gary has been working on my crew as striker for nine months.  He has been with Marathon since April 15, 2007. Gary has done a fine job in learning and honing his decking skills. Gary loves this work and will be on the river the rest of his life.
Gary is in the process of getting his Tankerman license and meets all the qualifications to be promoted to third mate. Gary gets along good with everyone except the and I have never had any problem out of Gary. Gary is always willing to help anyone at anytime, whether he is on or off watch. It is a pleasure having Gary Adams onboard. Gary practices safety at all times and does a good job looking out for others. He is dependable, polite, and eager to learn. His decking skills are good and Gary gives it his all. Gary is honest, trusting, and dedicated to doing a good job. Gary has the skills and competencies required for a third mate position.
Thank you,
Captain Stephen C. Kimberlain

*\* (Print off or email for approvals, when the section above is completed).*

| Supervisor Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

| Human Resources Signature | Date Prepared | Manager Signature | Date |
|---|---|---|---|

Gary Adams erdh2 to mate 3 SW.xls (Rev 5/05)          SUBMIT APPROVED FORM TO ROOM 6620, FINDLAY

## POSITION / PAY CHANGE

**Purpose of this form:** To capture position and pay change data.

**Instructions:** Select applicable changes and complete the related detail information. Route for approvals as needed using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). In the 'To' field enter the first approver name. Use the text field to instruct approvers of additional approvals required. Forms submitted by HR are considered to be approved. Forward the final approved forms per table below by organization.

| Organization | Submit to | Alternative | Questions? |
|---|---|---|---|
| MPC/MOC | Forward to *HR Data Help* using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). | Mail signed form to the HR Service Center, Room 3212 Findlay. | Contact the HR Service Center at (888) 421-2199. |

| Personnel # 372052 | First Name: Gary | MI: | Last Name: Adams | |

☐ **Check box if employee needs to retain current SAP security (roles other than LCSS)**

Date current SAP access should be removed: __ / __

| Effective Date: 10/06/2008 | Select a reason: Reclassification | Temp Asgnmt End Date: / / |
|---|---|---|
| Position #: 50354645 | Position Title: MATE 3 | Chief Position: No |
| Job Key: 21002158 | Drug Reg Code: E - TOWBOATS | PSM Code: 1-No |
| Grade: 3 | TIO/PIO: ☐ | Base Pay: $37,210/yr | % increase: _____ | Work Sched: Marine |
| Org Unit #: 50314478 | Org Title: Mar Oper-Garyville Fleet | | Cost Center: _____ |
| Pers Area: A296 | Pers Subarea: 1200 | Location: Garyville, LA | |
| Empl Group: Regular | Empl Sub Group: Salary Exempt FT | Pers Admin: T8 |
| Create Vacancy for Current Position: No | Recruiting Area: 195 | Delimit Current Position: No |

Comments: Upgrade from Engr Deckhand #2 to Mate #3

| | |
|---|---|
| Prepared by: Kathy Weaver | Date: 10/01/2008 |
| Manager Review (Optional): Per Upgrade Request form | Date: / / |
| Additional Review (Optional): _____ | Date: / / |
| Additional Review (Optional): _____ | Date: / / |
| Additional Review (Optional): _____ | Date: / / |
| HR Review: Ron Barnette (See Attached) | Date: / / |

## POSITION / PAY CHANGE



**Purpose of this form:** To capture position and pay change data.

**Instructions:** Select applicable changes and complete the related detail information. Route for approvals as needed using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). In the 'To' field enter the first approver name. Use the text field to instruct approvers of additional approvals required. Forms submitted by HR are considered to be approved. Forward the final approved forms per table below by organization.

| Organization | Submit to | Alternative | Questions? |
|---|---|---|---|
| MPC/MOC | Forward to *HR Data Help* using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). | Mail signed form to the HR Service Center, Room 3212 Findlay. | Contact the HR Service Center at (888) 421-2199. |

| Personnel # 372052 | First Name: Gary | MI: ____ | Last Name: Adams |
|---|---|---|---|

☐ **Previous Employee/Non Employee**

☐ Check box if employee needs to retain current SAP security (roles other than LCSS)
Date current SAP access should be removed: __/__/__

| Effective Date: 09/21/2009 | Select a reason: Demotion | Temp Asgnmt End Date: __/__/__ |
|---|---|---|
| Position #: 50354645 | Position Title: Deckhand Number 1 | Chief Position: No |
| Job Key: 21002104 | Drug Reg Code: E - TOWBOATS | Work Sched: Marine |
| Grade: 1   TIO/PIO: ☐ | Base Pay: $34,740/yr   % increase: _____ | Cost Center: |
| Org Unit #: 10002607 | Org Title: Mar Ops-Crew Fleet | IT 27 Cost Center: |
| Pers Area: C171 | Pers Subarea: 1200 | Location: Catlettsburg, KY | ☐ Upstream Petrotech ☐ Downstream Petrotech |
| Empl Group: Regular | Empl Sub Group: Salary Exempt FT | Pers Admin: T8 |
| Create Vacancy for Current Position: No | Recruiting Area: 195 | Delimit Current Position: No |

Comments: Developmental reassignment.

| Prepared by: Kathy Weaver | Date: 09/18/2009 |
|---|---|
| Manager Review (Optional): Dave Earl | Date: __/__/__ |
| Additional Review (Optional): Theresa Rufus (See Attached) | Date: __/__/__ |
| Additional Review (Optional): Peter Evans (See Attached) | Date: __/__/__ |
| Additional Review (Optional): _____ | Date: __/__/__ |
| HR Review: Chet Smith (See Attached) | Date: __/__/__ |

## POSITION / PAY CHANGE

**Purpose of this form:** To capture position and pay change data.

**Instructions:** Select applicable changes and complete the related detail information. Route for approvals as needed using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). In the 'To' field enter the first approver name. Use the text field to instruct approvers of additional approvals required. Forms submitted by HR are considered to be approved. Forward the final approved forms per table below by organization.

| Organization | Submit to | | Alternative | Questions? |
|---|---|---|---|---|
| MPC/MOC | Forward to *HR Data Help* using the Microsoft Word menu path File\Send To\Mail Recipient (as attachment). | | Mail signed form to the HR Service Center, Room 3212 Findlay. | Contact the HR Service Center at (888) 421-2199. |
| Personnel # 372052 | First Name: Gary | MI: | Last Name: Adams | |

☐ **Previous Employee/Non Employee**

☐ Check box if employee needs to retain current SAP security (roles other than LCSS)
Date current SAP access should be removed: __/__/__

| Effective Date: 09/21/2009 | Select a reason: Demotion | | Temp Asgnmt End Date: __/__/__ |
|---|---|---|---|
| Position #: 50354645 | Position Title: Deckhand Number 1 | | Chief Position: No |
| Job Key: 21002104 | Drug Reg Code: E - TOWBOATS | | Work Sched: Marine |
| Grade: 1 | TIO/PIO: ☐ | Base Pay: $34,740/yr | % increase: ___ | Cost Center: |
| Org Unit #: 10002607 | Org Title: Mar Ops-Crew Fleet | | IT 27 Cost Center: |
| Pers Area: C171 | Pers Subarea: 1200 | Location: Catlettsburg, KY | ☐ Upstream Petrotech ☐ Downstream Petrotech |
| Empl Group: Regular | Empl Sub Group: Salary Exempt FT | | Pers Admin: T8 |
| Create Vacancy for Current Position: No | Recruiting Area: 195 | | Delimit Current Position: No |

Comments: Developmental reassignment.

| Prepared by: Kathy Weaver | Date: 09/18/2009 |
|---|---|
| Manager Review (Optional): Dave Earl | Date: __/__/__ |
| Additional Review (Optional): Theresa Rufus (See Attached) | Date: __/__/__ |
| Additional Review (Optional): Peter Evans (See Attached) | Date: __/__/__ |
| Additional Review (Optional): ___ | Date: __/__/__ |
| HR Review: Chet Smith (See Attached) | Date: __/__/__ |